**UNDER SEAL**

FILED
CHARLOTTE, NC

APR 22 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:26 cr 89-MOC |
| v. | UNDER SEAL |
| (1) ███████████████ | BILL OF INDICTMENT |
| (2) BENJAMIN MARCUS GARCIA, Defendants. | Violations: 21 U.S.C. § 846 21 U.S.C. § 841(a)(1) 18 U.S.C. § 1956(h) 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## COUNT ONE

*(Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine, Methamphetamine, and Marijuana)*

From at least on or about January 1, 2020, through on or about August 24, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

(1) ███████████████, and
(2) BENJAMIN MARCUS GARCIA,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a controlled substance, which violation involved: (i) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; (ii) a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; (iii) a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Cocaine Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, five (5) kilograms or more of cocaine is attributable to defendants (1) ███████████████ and (2)

**BENJAMIN MARCUS GARCIA,** and as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

### Quantity of Methamphetamine Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine (actual) is attributable to defendants **(1)** ████████████ and **(2) BENJAMIN MARCUS GARCIA,** as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

### Quantity of Marijuana Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, fifty (50) kilograms or more of a mixture and substance containing a detectable amount of marijuana is attributable to defendants **(1)** ████████████ and **(2) BENJAMIN MARCUS GARCIA,** as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO
*(Distribution of Methamphetamine)*

On or about May 20, 2022, in Mecklenburg County, within the Western District of North Carolina, the defendants,

**(1)** ████████████ and
**(2) BENJAMIN MARCUS GARCIA,**

aiding and abetting and aided and abetted by each other and other persons, known and unknown to the Grand Jury, did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT THREE
*(Money Laundering Conspiracy)*

From on or about May 14, 2021, through on or about August 24, 2023, within the Western District of North Carolina, the Central District of California, and elsewhere, the defendants,

**(1)** ████████████
**(2) BENJAMIN MARCUS GARCIA,**

did knowingly combine, conspire, and agree with each other, and with other persons both known and unknown to the Grand Jury, to commit a money laundering offense in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, drug trafficking, in violation of Title 21, United States Code, Sections 841(a) and 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code Section 1956(h).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 982, 853, and/or 2461(c):

a.  All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b.  All property used or intended to be used in any manner or part to commit or facilitate such violations;

c.  All property involved in such violations or traceable to property involved in such violations; and

d.  If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a.  The real property located at 661 Woodhill Street, Rialto, CA 92376.

A TRUE BILL:



FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY


ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY